P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2203 0766 0

**Mailed On:** 02/24/2026          **Order Number:**      0002542-01    FC
**ClientID:**    DGandL000909       **Reference Number:** 58086

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027







100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:       19 Laverne Lane, Lebanon, ME 04027
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

| August 17, 2025 | $40.50 |
|---|---|

| Attorney Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | $15,444.09 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default. Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance. You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2203 0769 1

**Mailed On:** 02/24/2026          **Order Number:**      0002542-01    FC
**ClientID:**    DGandL000909      **Reference Number:** 58086

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093





**Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C                    978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                        HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:       19 Laverne Lane, Lebanon, ME 04027
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

| August 17, 2025 | $40.50 |
|---|---|

| Attorney Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | $15,444.09 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING:  Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2203 0771 4

**Mailed On:** 02/24/2026          **Order Number:**      0002542-01    FC
**ClientID:**    DGandL000909       **Reference Number:** 58086

Michelle A. Silke
PO Box 123
Biddeford, ME 04005





**Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

| | |
|---|---|
| 100 CUMMINGS CENTER, SUITE 303C | 978.921.2670 \| WWW.DGANDL.COM |
| BEVERLY, MASSACHUSETTS 01915 | HRS: MON-FRI 9 AM-4 PM |

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re: Property Address:     19 Laverne Lane, Lebanon, ME 04027
    Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

| | |
|---|---|
| August 17, 2025 | $40.50 |

| Attorney Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | |
|---|---|
| | $15,444.09 |

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING:  Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500 T: F: E: N/A W: www.penquis.org A: 81649 | 262 Harlow St Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900 T: 877-340-2649 F: E: jason.thomas@ceimaine.org W: www.ceimaine.org A: 80985 | 30 Federal Street Suite 100 BRUNSWICK, Maine 04011-1510 | - English - Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347 T: 800-339-6516 F: 207-553-7778 E: ndigeronimo@avestahousing.org W: www.avestahousing.org A: 81144 | 307 Cumberland Avenue PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762 T: F: 207-490-5026 E: meaghan.arzberger@yccac.org W: www.yccac.org A: 81150 | 6 Spruce Street SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419 T: 800-866-5588 F: 207-795-4069 E: homequest@community-concepts.org W: https://www.ccimaine.org/ A: 81580 | 17 Market Sq South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500 T: 800-542-8227 F: E: housing@kvcap.org W: www.kvcap.org A: 81685 | 101 Water St Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227 Web: | 250 Center St., Ste. 205 Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227 Web: www.moneymanagement.org | 175 Exchange St., Ste. 200 Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500 Web: www.penquis.org | 262 Harlow Street Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716 Web: www.community-concepts.org | 240 Bates Street Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web:** **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web:** **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web:** **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2203 0775 2

**Mailed On:** 02/24/2026
**ClientID:** DGandL000909

**Order Number:** 0002542-01    FC
**Reference Number:** 58086

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027





# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:     19 Laverne Lane, Lebanon, ME 04027
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

| | |
|---|---|
| August 17, 2025 | $40.50 |

| Attorney Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | |
|---|---|
| | $15,444.09 |

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING:  Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
   Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0001 1117 59

**Mailed On:** 02/24/2026                **Order Number:**        0002542-01    CR
**ClientID:**    DGandL000909            **Reference Number:** 58086

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027





**Doonan, Graves & Longoria LLC**
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C                    978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                        HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED
## WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:      19 Laverne Lane, Lebanon, ME 04027
     Loan Number:

Dear Mortgagor:

   This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

|  |  |
|---|---|
| August 17, 2025 | $40.50 |

| Attorney Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | $15,444.09 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING:  Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0001 1117 42

**Mailed On:** 02/24/2026
**ClientID:**   DGandL000909

**Order Number:**       0002542-01    CR
**Reference Number:** 58086

Michelle A. Silke
PO Box 123
Biddeford, ME 04005





**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C                    978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                                HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:        19 Laverne Lane, Lebanon, ME 04027
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

| | |
|---|---|
| August 17, 2025 | $40.50 |

| Attorney  Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | |
|---|---|
| | $15,444.09 |

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
> **NewRez LLC**
> **55 Beattie Place**
> **Suite 110, Mail Stop 005**
> **Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING:  Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone<br>Toll-Free<br>Fax Number<br>Email<br>Website<br>Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone<br>Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159



RETURN RECEIPT
REQUESTED

9214 7969 0024 8400 0001 1117 35

**Mailed On:** 02/24/2026          **Order Number:**        0002542-01    CR
**ClientID:**    DGandL000909      **Reference Number:** 58086

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093





**Doonan, Graves & Longoria** LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C                978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                    HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:        19 Laverne Lane, Lebanon, ME 04027
     Loan Number:

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

| August 17, 2025 | $40.50 |
|---|---|

| Attorney Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | $15,444.09 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**NewRez LLC**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING:  Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0001 1117 28

**Mailed On:** 02/24/2026
**ClientID:**    DGandL000909

**Order Number:**    0002542-01    CR
**Reference Number:** 58086

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027





100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Michelle A. Silke
19 Laverne Lane
Lebanon, ME 04027

Michelle A. Silke
21 Overlook Drive
Buxton, ME 04093

Michelle A. Silke
PO Box 123
Biddeford, ME 04005

Scott A. Silke
19 Laverne Lane
Lebanon, ME 04027

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:      19 Laverne Lane, Lebanon, ME 04027
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, NewRez LLC, the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.



Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of JPMorgan Chase Bank, N.A. its successors and assigns (if MERs) dated April 14, 2016, and recorded in the York County Registry of Deeds in Book 17218, Page 907. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| May 1, 2025 | $204.24 | $605.74 | $436.74 | $1,246.72 |
| June 1, 2025 | $204.92 | $605.06 | $436.74 | $1,246.72 |
| July 1, 2025 | $205.60 | $604.38 | $436.74 | $1,246.72 |
| August 1, 2025 | $206.29 | $603.69 | $436.74 | $1,246.72 |
| September 1, 2025 | $206.98 | $603.00 | $436.74 | $1,246.72 |
| October 1, 2025 | $207.67 | $602.31 | $436.74 | $1,246.72 |
| November 1, 2025 | $208.36 | $601.62 | $466.33 | $1,276.31 |
| December 1, 2025 | $209.05 | $600.93 | $466.33 | $1,276.31 |
| January 1, 2026 | $209.75 | $600.23 | $466.33 | $1,276.31 |
| February 1, 2026 | $210.45 | $599.53 | $466.33 | $1,276.31 |

| Property Inspections | Amount Due |
|---|---|
| June 23, 2025 | $30.00 |
| July 28, 2025 | $30.00 |
| August 25, 2025 | $30.00 |
| September 29, 2025 | $30.00 |
| October 27, 2025 | $30.00 |
| December 8, 2025 | $30.00 |
| January 19, 2026 | $30.00 |
| January 26, 2026 | -$30.00 |
| January 27, 2026 | $30.00 |
| February 9, 2026 | $30.00 |

| Late Fees | Amount Due |
|---|---|
| May 17, 2025 | $40.50 |
| June 17, 2025 | $40.50 |
| July 17, 2025 | $40.50 |

| August 17, 2025 | $40.50 |
|---|---|

| Attorney Fees | Amount Due |
|---|---|
| December 4, 2025 | $1,470.00 |
| December 4, 2025 | $490.00 |

| Fees | Type | Amount Due |
|---|---|---|
| June 26, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 25, 2025 | Certified Mail Cost | $29.76 |
| July 31, 2025 | Certified Mail Cost | $27.46 |
| October 31, 2025 | Certified Mail Cost | $15.74 |
| October 31, 2025 | Certified Mail Cost | $12.18 |
| December 4, 2025 | Certified Mail Cost | $38.40 |
| December 9, 2025 | FC Costs | $0.21 |
| December 9, 2025 | FC Costs | $3.50 |
| December 12, 2025 | Door Knock | $28.00 |
| January 19, 2026 | Title Cost | $240.00 |
| January 27, 2026 | Certified Mail Cost | $20.88 |
| January 27, 2026 | Certified Mail Cost | $20.88 |

| Total Payment Due | $15,444.09 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $6,026.49.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $15,444.09 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**NewRez LLC**
**55 Beattie Place**
**Suite 110, Mail Stop 005**
**Greenville, SC 29601**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days



of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact NewRez LLC at 888-557-9304 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1, the mortgage servicer, which is NewRez LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, As Trustee is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING:  Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact NewRez LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

NewRez LLC
Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601

888-557-9304

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
NewRez LLC
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series
2022-1
by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58086



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



**From:** noreply@informe.org
**To:** Courtney Ball
**Subject:** Pre-Foreclosure Reporting Form Submission
**Date:** Tuesday, February 24, 2026 11:45:00 AM

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304


-----
Consumer Information
-----

Consumer First name:Michelle
Consumer Middle Initial/Middle Name: A.
Consumer Last name:Silke
Consumer Suffix:
Property Address line 1:19 Laverne Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Lebanon
Property Address State:
Property Address zip code:04027
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:2/24/2026
Amount needed to cure default:15444.09
Consumer Address line 1:19 Laverne Lane
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Lebanon
Consumer Address State:ME
Consumer Address zip code:04027
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Tuesday, February 24, 2026 11:45:15 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan Graves and Longoria LLC

Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1

What term best describes the owner of the mortgage?:Federally Chartered Bank

Filer's Email Address:cb@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC Loss Mitigation Department/Loan Resolution

55 Beattie Place

Suite 110, Mail Stop 005

Greenville, SC 29601

888-557-9304


-----

Consumer Information

-----


Consumer First name:Michelle

Consumer Middle Initial/Middle Name: A.

Consumer Last name:Silke

Consumer Suffix:

Property Address line 1:19 Laverne Lane

Property Address line 2:

Property Address line 3:

Property Address City/Town:Lebanon

Property Address State:

Property Address zip code:04027

Property Address County:York


-----

Notification Details

-----


Date notice was mailed:2/24/2026

Amount needed to cure default:15444.09

Consumer Address line 1:21 Overlook Drive

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Buxton

Consumer Address State:ME

Consumer Address zip code:04093

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Tuesday, February 24, 2026 11:45:37 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304


-----
Consumer Information
-----

Consumer First name:Michelle
Consumer Middle Initial/Middle Name: A.
Consumer Last name:Silke
Consumer Suffix:
Property Address line 1:19 Laverne Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Lebanon
Property Address State:
Property Address zip code:04027
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:2/24/2026
Amount needed to cure default:15444.09
Consumer Address line 1:PO Box 123
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**From:** noreply@informe.org
**To:** Courtney Ball
**Subject:** Pre-Foreclosure Reporting Form Submission
**Date:** Tuesday, February 24, 2026 11:46:07 AM

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:NewRez LLC Loss Mitigation Department/Loan Resolution
55 Beattie Place
Suite 110, Mail Stop 005
Greenville, SC 29601
888-557-9304

-----
Consumer Information
-----

Consumer First name:Scott
Consumer Middle Initial/Middle Name: A.
Consumer Last name:Silke
Consumer Suffix:
Property Address line 1:19 Laverne Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Lebanon
Property Address State:
Property Address zip code:04027
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:2/24/2026
Amount needed to cure default:15444.09
Consumer Address line 1:19 Laverne Lane
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Lebanon
Consumer Address State:ME
Consumer Address zip code:04027
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**UNITED STATES POSTAL SERVICE**

**Certificate of Mailing - Firm**

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office ™ | Affix Stamp Here |
|---|---|---|---|
| iMailTracking, LLC<br>PO Box 23159<br>San Diego, CA 92193-3159 | 4 | 4 | *Postmark with Date of Receipt.*<br><br>US POSTAGE PITNEY BOWES<br>ZIP 92123 $002.80<br>02 7W<br>0008035634 FEB 24 2026 |
| | Postmaster, per *(name of receiving employee)* | | |

| USPS® Tracking Number<br>Firm-specific Identifier | Address<br>(Name, Street, City, State, and ZIP Code™) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|
| 1. (11)9700000220307660    0002542-01<br>58086    DGandL000909 | Michelle A. Silke<br>19 Laverne Lane Lebanon, ME 04027 | 1.030 | 0.700 | | |
| 2. (11)9700000220307691    0002542-01<br>58086    DGandL000909 | Michelle A. Silke<br>21 Overlook Drive Buxton, ME 04093 | 1.030 | 0.700 | | |
| 3. (11)9700000220307714    0002542-01<br>58086    DGandL000909 | Michelle A. Silke<br>PO Box 123 Biddeford, ME 04005 | 1.030 | 0.700 | | |
| 4. (11)9700000220307752    0002542-01<br>58086    DGandL000909 | Scott A. Silke<br>19 Laverne Lane Lebanon, ME 04027 | 1.030 | 0.700 | | |

SERRA MESA STATION
FEB 24 2026
SAN DIEGO, CA 92123-9993

PS Form **3665**, January 2017 (Page 1 of 1) PSN 7530-17-000-5549